# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN LAMONT LEWIS,

    Petitioner,

vs.

HERB JACKSON, Supt.,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:09CV417-MU-02

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2009 Order.

November 17, 2009

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk